UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

WALTER KING,

                Plaintiff,

      -against-

NEW YORK CITY; THE COMMISSIONER
OF THE NYC POLICE DEPARTMENT;
THE COMMISSIONER OF THE NYC
DEPARTMENT OF SOCIAL SERVICES;
MICHAEL FIELDS,

                Defendants.
_____X

**CIVIL JUDGMENT**
06-CV-1444 (ARR)

    Pursuant to the order issued June 6, 2006 by the undersigned dismissing the complaint, it is

    **ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

                                              Allyne R. Ross
                                              United States District Judge

Dated: Brooklyn, New York
       June 6, 2006